IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BLUE SKY NETWORKS, LLC,** § § § **Plaintiff,** § § **v.** § § **TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR MANUFACTURING, TEXAS, INC., TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.,** § § § § § § § **Defendants.** | CIVIL ACTION NO. 6:17-CV-00435-JRG |

### FINAL JUDGMENT

Pursuant to the Court's Order dismissing the complaint with prejudice, the Court hereby enters Final Judgment.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So Ordered this**
**Mar 20, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE